**Exhibit A**

**<u>Summary of B. Riley's Qualifications</u>**





# REAL ESTATE RECEIVERSHIP & DISTRESSED ASSET MANAGEMENT PRACTICE

| I. | Receivership & Distressed Asset | III. | Benefits of Receivership |
| II. | Real Estate Services | IV. | Senior Real Estate Leaders |

# B|RILEY Advisory Services

## RECEIVERSHIP & DISTRESSED ASSET MANAGEMENT PRACTICE OVERVIEW

### Experienced Professionals Who Have Managed over $5 Billion of Real Estate

B. Riley Advisory Services ("B. Riley") has one of the Country's leading receivership and fiduciary management practices with expertise in disputed, distressed or difficult-to-manage properties. Our professionals have acted as Receiver, Trustee, Asset Manager, Property Manager, or Broker for troubled real estate development projects where "parachute-style" management is required. We have managed over $5 billion of real estate and operating businesses across a broad spectrum of asset classes including multifamily, student housing, single-family portfolios, office, retail, industrial, mobile home and RV parks, hotel and resort, golf communities, mixed-use projects, and fractured condominium projects. Our team has managed or acted as fiduciary for more than 40,000 multifamily and single-family units across the country and in excess of five million square feet of retail, office and industrial space in 33 states.



**B. Riley Advisory Services is one of the Country's leading receivership and crisis management practices with expertise in disputed, distressed or difficult-to-manage property.**

# OUR REAL ESTATE SERVICES INCLUDE:

### Receivership & Trustee Services

- Serving as Court-appointed Receiver or Trustee on behalf of lenders, servicers or note buyers
- Operating as fiduciary, free of conflicts and ability to mobilize quickly
- Coordinating and controlling all activities associated with the respective asset
- Determining the appropriate value-add and sell/hold strategy to maximize principal recovery while minimizing additional exposure
- Conducting forensic investigation of books and records
- Leading valuation and disposition efforts, either directly or in cooperation with other professionals

### Valuations & Brokerage

- MAI appraisals for all asset types and classes including valuing construction defects and partially complete structures
- Summary broker opinions of value
- Strategic disposition of a full array of distressed and value-add real estate

### Asset & Property Management

- Serving as asset manager and owner representative for a broad spectrum of assets
- Parachute interim property management services
- Creating and implementing customized management solutions for unique situations
- Performing operational and accounting assessments on a consulting basis (e.g. partnership dispute and quality assurance)
- Providing comprehensive, in-depth monthly financial reports customized to client specifications

### Construction Management, Advisory & Dispute Resolution

- Bidding and management of major capital projects
- Schedule and progress analysis
- Value engineering
- Manage environmental remediation and/or compliance
- Property condition assessments
- Labor and equipment productivity analyses
- Costs analyses and damage quantification
- Serve as consultant and/or expert on insurance claims and disputes

### Advisory Services

- Providing comprehensive consulting services for complex real estate transactions
- We serve both borrowers and lenders, and our clients include financial institutions, investment funds, public agencies, builders, developers & investors
- We are often retained as Chief Restructuring Officer (CRO) to provide an objective approach to complex and difficult restructurings both in and out of Chapter 11



# BENEFITS OF RECEIVERSHIP

B. Riley has extensive experience as Receiver, Trustee, asset manager, property manager and broker throughout the country, representing hundreds of assets and several billion dollars of real estate.

Our knowledge and expertise extends to the following asset classes:

- Office
- Industrial/Flex Warehouse
- Multifamily
- Student Housing
- Senior Housing - Assisted Living & CCRC
- Condominium Development & Conversions
- Single-Family Home Portfolios
- Townhome Projects
- Mobile Home Communities & RV Parks
- Luxury, full-service, select service and economy hotels
- Mixed-Use Projects
- Retail
- Convenience Stores & Gas Stations
- Restaurants
- Golf Courses
- Resorts
- Churches
- Vacant Land
- Agricultural Land
- Mining Operations
- Cannabis & Hemp Operations



### Benefits of Receivership

- Lender gains swift control of operations and funds
- State or federal courts react to a movant's application or petition for the appointment of a Receiver in a short period of time, as opposed to potentially lengthy foreclosure proceedings
- Lender has a vehicle to monetize non-performing loans without having been part of the chain of ownership, which reduces liability issues via receivership sale
- Lender gets a clear window into operations of their collateral issue before taking further action
- Even if a foreclosure is inevitable, Receivership gives Lender a chance to "look before it leaps," including evaluating areas such as: environmental conditions, life safety issues, and inflexible payables (including utility bills)
- Lender avoids exposing itself to persistent or aggressive creditors as an available "deep pocket," which could accompany foreclosure
- Move for Receivership does not require Lender to give up its foreclosure rights

# B|RILEY Advisory Services

## NOTABLE RECEIVERSHIP RELATIONSHIPS

    
    
    
    
  

## SENIOR REAL ESTATE LEADERS

     

| Ronald Glass | Ian Ratner | Dan Berman | Adam Brown | Joel Murovitz | Marshall Glade |
|---|---|---|---|---|---|
| *Atlanta, GA & Miami, FL* | *Atlanta, GA* | *Atlanta, GA* | *Atlanta, GA* | *Atlanta, GA* | *Atlanta, GA* |
| rglass@brileyfin.com | iratner@brileyfin.com | dberman@brileyfin.com | abrown@brileyfin.com | jmurovitz@brileyfin.com | mglade@brileyfin.com |
| (470) 346-6840 | (470) 346-6830 | (470) 346-6819 | (404) 323-0229 | (470) 346-6834 | (470) 346-6842 |

     

| Joe Pegnia | Jim Howard | Wayne Weitz | Mark Shapiro | Bill Hughes | Mike Issa |
|---|---|---|---|---|---|
| *Atlanta, GA* | *Naples, FL* | *New York, NY* | *Dallas, TX* | *Phoenix, AZ* | *Irvine, CA* |
| jpegnia@brileyfin.com | jhoward@brileyfin.com | wweitz@brileyfin.com | mshapiro@brileyfin.com | bhughes@brileyfin.com | missa@brileyfin.com |
| (470) 346-6833 | (239) 404-3339 | (212) 457-3308 | (303) 482-7218 | (480) 212-4313 | (949) 407-6620 |

### About B. Riley Advisory Services

B. Riley Advisory Services works with lenders, law firms, private equity sponsors and companies of all types. Our Advisory Services are a unique mix of Valuation and Appraisal Services including asset-based lending (ABL) Valuations; Restructuring and Turnaround Management; Forensic Accounting and Litigation Support; Operations Management; Compliance, Risk & Resilience Services; and Transaction Support Services including Due Diligence and Quality of Earnings Reviews. B. Riley Advisory Services is the trade name for GlassRatner Advisory & Capital Group, LLC, Great American Group Advisory & Valuation Services, LLC, Great American Group Machinery & Equipment, LLC, and Great American Group Intellectual Property, LLC.

# JOEL MUROVITZ
### LEED AP, BROKER
## DIRECTOR - REAL ESTATE SERVICES/COURT APPOINTED RECEIVER

jmurovitz@brileyfin.com
(470) 346-6834
vCard

### Prominent Matters

- Retail Receivership: Deutsche Bank Trust Company Americas, As Trustee on Behalf of The Registered Holders of Citigroup Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2014-GC23 v. Sugarloaf Parkway LLC – Superior Court of Gwinnett County; Georgia
- Multifamily Receivership: CRE/ADC Venture 2Dll-1, LLC v. Deka/b Street, LLC - Court of Common Pleas of Montgomery County; Pennsylvania
- Mobile Home Park Receivership: Colfin Falcon Funding, LLC v. Southwest-er Yuma Mobile Home Court, LLC et al. - Maricopa County Superior Court; Arizona
- Assisted Living Facility Receivership: Trustees of the Rapid Funding Corporation Profit Sharing Plan and Trust U/A v. CLB Holdings, Inc - Fulton County Superior Court; Georgia
- Hospitality Receivership: CRE/ADC Venture 2013-1, LLC v. R&M Investors, LLC et al. - Charleston District Court; South Carolina
- Multifamily property and construction manager for multiple properties post foreclosure by Fannie Mae
- Asset manager, construction manager and owner representative for 2,654 multifamily units in 4 states

**Specialties:**
Asset Management
Construction Advisory
Construction Management
Crisis Management
Due Diligence
Fiduciary Services
Property Management
Real Estate Brokerage
Receiver

**Industries:**
Agriculture
Construction
Hotel & Resorts
Real Estate

Joel Murovitz has over 20 years of experience across many aspects of the real estate and construction industries. Joel began his engineering career as a staff engineer with Willmer Engineering in Atlanta, Georgia where he conducted environmental, geotechnical and materials testing studies. Subsequently, as a Project Engineer with Parsons Brinckerhoff in Tel Aviv, Israel, he managed the design and construction of infrastructure projects for both the Israeli government and the Palestinian Authority (PA).

Joel's real estate career began with Robert Charles Lesser and Company, a national real estate consulting firm, performing market analyses, financial feasibility and consumer research studies for various land uses and real estate products for planning purposes as well as development mix programming. Subsequently with various entities in the Inland Real Estate Group of Companies, he oversaw large-scale capital projects for a 300-plus shopping center portfolio and implemented a preventative maintenance budgeting, scheduling and training program for property managers. He then managed all land development efforts related to acquisition due diligence and project zoning, design, permitting, site work construction and tenant coordination for large-scale mixed-use and commercial developments.

Joel has been with GlassRatner (now doing business as B. Riley Advisory Services) since 2009 and his practice consists of:

- Court-appointed Receiver for real estate and associated businesses
- Asset and property management
- Operational and financial audits of commercial real estate
- Construction and project management
- Project budgeting, cash management and reporting

www.brileyfin.com    NASDAQ:RILY

**B | RILEY** *Advisory Services*
a B. Riley Financial company

# JOEL MUROVITZ   LEED AP, BROKER

jmurovitz@brileyfin.com
(470) 346-6834
vCard

- Property valuations and dispositions
- Casualty recovery and insurance dispute resolution
- Cost analyses and damage calculations
- Labor efficiency studies
- Project scheduling and planning
- Project delay and acceleration analyses

During Joel's tenure with the firm, he has overseen the management, construction and disposition of hundreds of assets of varying types and classes including multifamily, single family portfolios, retail, office, industrial, hospitality, c-stores, agricultural and automotive. Joel has been appointed in both Federal and state courts as the named receiver in dozens of cases and is responsible for the firm's real property services including asset, property and construction management as well as leasing and disposition. Joel is also a leading contributor for the firms valuation work on unique real estate assets or transactions and is a senior member of the construction advisory & dispute resolution practice.

His experience and training enable him to creatively solve any operational of physical challenges as well as to analyze and to clearly communicate what went wrong with a project and why.

## Employment History

- November 2009 to Present – B. Riley Advisory Services (formerly GlassRatner Advisory & Capital Group, LLC) - Director/Receiver
- 2007-2009 – Inland Atlantic Development Corp. – V.P. of Engineering and Entitlements
- 2004-2007 – Inland Retail Real Estate Trust – Director of Operations
- 2002-2004 – Robert Charles Lesser & Co., LLC – Associate
- 1998-2000 – Parsons Brinckerhoff, Inc. – Project Engineer
- 1996-1997 – Willmer Engineering, Inc. – Staff Engineer

## Professional Affiliations

- Turnaround Management Association

## Expert Testimony History– Prior Four Years

- *Brandon Smith, et al. v. Cardinal Group Management & Advisory, LLC d/b/a Cardinal Group Management; Glendale Properties 1, LLC d/b/a Mint urban infinity: Glendale Properties II, LLC d/b/a Mint Urban Infinity - District Court, City and County of Denver, Colorado*

    **Warranty of Habitability and Appropriateness of Fees - Residential Property Management Best Practices**

    November 2022

# JOEL MUROVITZ

jmurovitz@brileyfin.com
(404) 808-3252

## SAMPLE OF FIDUCIARY EXPERIENCE

| 100-unit Assisted Living Facility | Union City, GA | *Trustees of the Rapid Funding Corporation Profit Sharing Plan and Trust U/A Dated January 1, 2005 v. CLB Holdings, Inc – Fulton County Superior Court; Georgia 2013*<br><br>Served as Receiver and engaged and oversaw 3rd party manager; managed mitigation and recovery from broken fire sprinkler system; positioned property and completed court-approved sale |
|---|---|---|
| Retail Center - 20,000 sf | Stone Mountain, GA | *LNV Corporation, as Assignee of Federal Deposit Insurance Corporation, as Receiver for Eastside Community Bank v. Lynwood P. Cleaveland, d/b/a The Landing - Newton County Superior Court; Georgia, 2016*<br><br>Served as Receiver and managed and leased property; prepared various budgets and cost/benefit analyses related to construction of improvements; completed court-approved sale |
| Short-term Rental Management | Atlanta, GA | *Jennifer Landurm v. Stay, LLC and Amber Garrison - Fulton County Superior Court; Georgia, 2016*<br><br>Served as Receiver to manage and wind down of short term rental management company servicing 3rd party owners and furnished apartments for own account |
| Mobile Home Park | Milledgeville, GA | *CDCF III MF4 Funding, LLC v. JC Orr Enterprises, LLC - Baldwin County Superior Court; Georgia 2016*<br><br>Served as Receiver, managed and leased property; prepared various budgets and cost/benefit analyses related to construction of improvements; completed court-approved sale |
| Mobile Home Park | Yuma, AZ | *Colfin Falcon Funding, LLC v. Southwestern Yuma Mobile Home Court, LLC et al. - Maricopa County Superior Court; Arizona, 2015*<br><br>Served as Receiver, managed and leased property, prepared various budgets; completed court-approved sale |
| Retail Center - 20,000 sf | Brevard County, FL | *U.S. Bank National Association, et al. v. Vickie M. Banks et al. - Eighteenth Judicial Circuit in and for Brevard County; Florida, 2015*<br><br>Served as Receiver, manage and leased property; prepared various budgets and cost/benefit analyses related to construction of improvements; completed court-approved sale |
| Mixed Use (retail and residential) | Chicago, IL | *BNY Mellon v. Henry Donell Hicks et al. - Cook County; Illinois, 2015*<br><br>Served as Receiver and managed property through foreclosure |
| Industrial | Springfield, IL | *U.S. Bank National Association, et al. v. Central Concrete Products Company, LLC et. al - Circuit Court for the 7th Judicial Circuit Sangamon County; Illinois, 2015*<br><br>Served as Receiver, manageaged property through foreclosure |

# JOEL MUROVITZ

jmurovitz@brileyfin.com
(404) 808-3252

| | | |
|---|---|---|
| Automotive - former body shop | Broward County, FL | *U.S. Bank National Association, et al. v. Solid Rock 4047 Investments LLC et al. - Seventeenth Judicial Circuit in and for Broward County; Florida, 2015*<br><br>Served as Receiver and managed property; addressed alleged environmental contamination, new zoning challenges and code violations; completed court-approved sale |
| Medical Office/ Surgery Center | Chattanooga, TN | *Colony Mortgage Capital Series 2014-FL1, LTD. v. DRV Atrium, LLC - Hamilton County Chancery Court; Tennessee, 2015*<br><br>Served as Receiver and managed property; prepared various budgets and cost/benefit analyses related to needed improvements |
| Retail Center | Macon, GA | *CertusBank, N.A. v. Jomas II, LLC - Bibb County Superior Court; Georgia, 2014*<br><br>Served as Receiver, managed and leased property; completed court-approved sale |
| Mixed Use (retail and office) | Suwanee, GA | *Foothills Community Bank v. PNC Bank, N.A., et al. - Fulton County Superior Court; Georgia, 2015*<br><br>Served as Receiver, managed and leased property; prepared various budgets and cost/benefit analyses related to needed improvements; seized control of condo association and engaged 3rd party manager; successfully appealed property taxes; sued guarantors of note and successfully settled with seizure of vacation property and subsequently sold on behalf of estate |
| Agricultural | Buena Vista, GA | *Metropolitan Life Insurance Company v. S.P.S. Contracting, Inc. et al. - Marion County Superior Court; Georgia, 2014*<br><br>Served as Receiver and managed property including seasonal harvesting of grass hay through and post-foreclosure |
| Hospitality and Retail | Charleston, SC | *CRE/ADC Venture 2013-1, LLC v. R&M Investors, LLC et al. - Charleston District Court; South Carolina, 2014*<br><br>Served as Receiver and manager; prepared various budgets and cost/benefit analyses related to construction of improvements; completed court-approved sale |
| Single Family Home Portfolio | Stockbridge, GA | *Crimson Portfolio, LLC et al. v. Lonnie Flowers et al. - Rockdale County Superior Court; Georgia, 2014*<br><br>Served as Receiver, managed and leased property; completed court-approved sale |
| Database/Intellectual Property | Atlanta, GA | *Titus Sports Academy, LLC v. Titus Technologies, LLC - Fulton County Superior Court; Georgia, 2014*<br><br>Conducted a court-approved sale process which precipitated a settlement between litigants |
| Multifamily | Norristown, PA | *CRE/ADC Venture 2011-1, LLC v. Dekalb Street, LLC - Court of Common Pleas of Montgomery County; Pennsylvania, 2014*<br><br>Served as Receiver, managed and leased property; prepared various budgets and cost/benefit analyses related to construction of improvements; completed court-approved sale |

# JOEL MUROVITZ

jmurovitz@brileyfin.com
(404) 808-3252

| | | |
|---|---|---|
| Medical Office | Jacksonville, FL | *CRE Ventures 2011-2, LLC v. Dunn Avenue Office Park, Inc. et al. - Fourth Judicial Circuit In and for Duval County; Florida, 2013* <br><br> Served as Receiver, managed and leased property; prepared various budgets and cost/benefit analyses related to construction of improvements through foreclosure |
| Automotive - Car Wash/Quick Lube | Gainesville, GA | *CertusBank, N.A. v. America's Finest Car Care Center, et al. - Hall County Superior Court; Georgia, 2013* <br><br> Served as Receiver to operate, wind-down and complete a court-approved sale |
| Retail | Flowery Branch, GA | *Iris Portfolio, LLC v. Michael E. Quinton - Jackson County Superior Court; Georgia, 2013* <br><br> Served as Receiver, managed and leased property; prepared various budgets and cost/benefit analyses related to construction of improvements. |
| Industrial | Rock Hill, SC | *Wells Fargo Bank, N.A. et al. v. Firetower Venture, LLC et al. - York County; South Carolina, 2013* <br><br> Served as Receiver, managed property; completed court-approved sale |
| Retail | Gwinnett Co, GA | *Deutsche Bank Trust CompAmericas, As Trustete, on behalf of the Registered Holders of Citigroup Commercial Mortgage Securities, Inc., Commercial Mortgages Pass-through Certificates, Series 2014-GC23 v. Sugarloaf Parkway LLC* <br><br> Served as Receiver and property manager for a multi-tenant retail building |
| Institutional (prison release housing facility) | Albany, GA | *Capital One Public Funcing, LLC v. Albany Development Facilities, Inc. - Dougherty County Superior Court; Georgia, 2020* <br><br> Served as Receiver, property management; completed court-approved sale |
| Multifamily | Macon, GA | *Federal National Mortgage Association v. Mavi Macon LLC - Clayton County Superior Court; Georgia, 2022* <br><br> Serve as Receiver and interim property manager |
| Single Family Renovation Investment and Brokerage Firm | Conyers, GA | *GMT Management Group, LLC, Oakmoor Ventures II, LLC, Kingdom Equity, LLC, SAC Futuro, LLC, Et al. v. Belcher Realty Group, Inc., Seven Day Solutions, LLC, SOA Seven Day Solutions, LLC, Et al.; New County Superior Court, 2022* <br><br> Served as Receiver to run and wind-down firm; completed court-approved sales |
| Multifamily Portfolio (11 properties, over 2,600 units) | Baton Rouge, LA <br> Gretna, LA <br> Las Vegas, NV <br> Jacksonville, FL <br> Tampa, FL <br> Denver, CO | Served as asset manager and owner's representative overseeing local property man-agers including: operational and accounting oversight including; developing leasing strategy and competitive market positioning; reviewing and consolidating monthly reports; developing annual property budgets including capital improvements; lender replacement reserve requests; construction planning and management for projects including storm water system failures, roofing, paving, site work, pool renovations, remediation and recovery of fire and mold units; re-siding, electrical wire and panel replacements, rehabilitating rotted framing, leasing center renovations, etc. |

# JOEL MUROVITZ

jmurovitz@brileyfin.com
(404) 808-3252

| Single Family Home Portfolio (355 properties) | Memphis, TN Macon, GA Decatur, GA | Management and rehabilitation of portfolio; negotiations with state and local officials relating to schedules and scope of major work required to comply with anti-blight and tax credit requirements; oversight of all major construction work including demolition, framing, siding, electrical, etc.; headed disposition of entire portfolio |
|---|---|---|
| Multiple Apartment Communities | GA, TN, IL, NC | Managed distressed multifamily properties shortly after foreclosure; developed capital improvement and asset repositioning plans; commissioned and oversaw construction work related to: roofing, paving, site work, pool renovations, remediation and recovery of fire and mold units; re-siding, electrical wire and panel replacements, rehabilitating rotted framing, etc. |
| Office Building | Bedford Heights, OH | *Wells Fargo Bank, N.A. as Trustee for the Registered Holders of Key Commercial Mortgage Securites Trust 2007-SL11, Commercial Mortgage Pass-Through Certificates, Series 2007-SL1*<br><br>Managed the property during Receivership, assessed physical deterioration of property, secure access and worked to verify borrower-occupied space until settlement with lender. |
| Office Building | Pompano Beach, FL | *Sovereign Bank v. Coneca Properties, L.C.*<br><br>Managed the property during Receivership and post-foreclose, including capital improvement planning and budgeting, troubleshooting building access control systems and ensuring hurricane preparedness. |
| Office Building | Palm Bay, FL | *M & R United, Inc. v. Thomas J. Palumbo, as Trustee of the Thomas J> Palumbo Trust, et al.*<br><br>Managed the property during Receivership, addressed capital improvement planning and budgeting and implemented security to address vandalism and harassment by prior building superintendent. |
| Office Building | Montgomery, AL | Managed the office building building after Deed In Lieu on behalf of former lender.  Prepared operating and capital improvement budgets and developed a lease renewal strategy. |
| Office Building | Norcross, GA | *CRE VENTURE 2011-1, LLC v. Pointe Parkway, LLC et al.*<br><br>Served as Receiver, property management; completed court-approved sale |

# JOEL MUROVITZ

jmurovitz@brileyfin.com
(404) 808-3252

## ANALYSES FOR EXPERT REPORTS

| | | |
|---|---|---|
| 120-acre Homestead Project | Clay County, NC | Served as construction and forensic accounting expert on project 100% cost over-run on a budgeted $2 million project where architect also served as general contractor and construction manager on what was to be a cost plus project; assisted with legal strategy; prepared a comprehensive schedule of values, analyzed costs including assessing direct and indirect costs; calculated potential over charges; provided opinions on best and customary practices for general contractors and construction managers |
| 7-mile Road Widening Project | Yancey County, NC | Preparation of general contractor's request for equitable adjustment related to a 7-mile road widening project including: comparison of scheduled versus actual work, acceleration and delay analyses, labor inefficiency and equipment idle time analyses and associated damages resulting from un-acquired right-of-way and utility conflicts that were to be resolved prior to project commencement |
| Major University's Student Union/Dining Hall | Durham, NC | Analysis and reporting of scheduled versus actual work as well as labor inefficiency and associated damages to an electrical subcontractor related to untimely design changes, inaccessibility of work space (non-release of work) and insufficient coordination by general contractor |
| 9-Floor Addition to A General Hospital | Raleigh, NC | Analysis of scheduled versus actual work as well as labor inefficiency and associated damages to an electrical subcontractor related to untimely design changes , poor coordination of prefabricated pipe racks, inaccessibility of work space (non-release of work) and insufficient coordination by general contractor |
| 350MW Solar Facility | Zacatecas, Mexico | Investigation and analysis of construction delays and establishing when substantial completion was achieved as part of a partnership dispute |
| Townhome and Condominium Development | Bristol, PA | Expert report on development and construction process including design and permitting, compliance, product pricing, budgeting, geotechnical work, utility coordination and handling of difficult subsurface conditions as lender's expert in the Bankruptcy Trustee's loan avoidance action. |
| Property Manager Duties to Maintain - 554-unit Multifamily | Denver, CO | Expert report and testimony for a class-action lawsuit between tenants of a large multifamily property against the property manager and owner alleging failures to maintain warranty of habitability standards under Colorado State Statute 38-12-505, for failing to upholding leasehold obligations to maintain the property and for charging and collecting various unlawful fees. |

# JOEL MUROVITZ

jmurovitz@brileyfin.com
(404) 808-3252

## DESIGN & CONSTRUCTION OVERSIGHT

| | | |
|---|---|---|
| Ben Gurion International Airport | Tel Aviv, Israel | Managed design and construction on roadways, bridges and associated infrastructure involving 7 different design firms in 3 countries for the Israel Airport Authority. |
| Multiple Palestinian Authority Military and Police Facilities | West Bank and Gaza | Conducted as-built site inspections and oversaw production of associated drawings for secure communication facilities as part of work for USAID out of the Oslo Peace Accords |
| Heritage Pavilion | Smyrna, GA | Managed design and construction of demising of a former big box retailer for a national soft goods retailer |
| Edgewater Town Center (retail and residential) | Edgewater, NJ | Developed scope, bid and oversaw over $2 million of rehabilitative work to address significant settlement along the 500' frontage along Hudson River including the main entrance for a national high-end grocer which housed the company's construction department |
| Brandon Town Center - 40-acre mixed use project | Brandon, FL | Oversaw site planning and engineering; developed construction cost estimates, oversaw rezoning and acquisition of land disturbance permits; negotiated contract and managed commencement of approximately $8.5 million of sitework related primarliy off-site improvements to the approach roadways and bridge required by the governing municipality. |
| Various Retail Locations in Georgia | Georgia | Participated in Right-of-Way Negotiations for construction easements and acquisitions for roadway expansions, medians and driveway closures and/or relocation by the Georgia Department of Transportation (GDOT) on behalf of owners or as a court-appointed Fiduciary. |
| Seminole Commons - 100,000 sf retail center | Sanford, FL | Oversaw site planning and engineering; oversaw acquisition of all permits, worked through legal and engineering obstacles to relocate Seminole County drainage facilities; bid and managed $2.2 million of site work; assisted with tenant build-outs |
| Old National Marketplace - 300,000 sf retail center | Fulton County, GA | Oversaw site planning and engineering; obtained all necessary approvals, permits and easements to acquire land disturbance permits as well as value-engineered and negotiated bidding of approx. $8.5 million of site work |
| Meadow Pointe - 75,000 sf retail center | Pasco County, FL | Oversaw site planning and engineering; obtained all necessary land disturbance permits, zoning variances and value-engineered site plans |
| Proposed 150,000 sf retail center | Douglasville, GA | Oversaw site planning and engineering; obtained all necessary land disturbance permits, zoning variances and negotiated bidding of approximately $2.4 million of site work |
| Kingston Pointe Apartments - 155 units | Baton Rouge, LA | Served as owner's representative and construction manager for a $12M remediation and recovery from major flooding; strategic and operational oversight of subsequent marketing and lease-up |
| Heritage Pavilion | Smyrna, GA | Managed mitigation of a 40' deep sinkhole resulting from a failed storm water conveyance and detention system serving 2 properties; worked with litigating attorneys to develop a new easement agreement and managed the redesign and construction of a new system |
| Hiram Pavilion | Hiram, GA | Managed the repair of a failed large retaining wall adjacent to active nationally anchored retail space |

# JOEL MUROVITZ

jmurovitz@brileyfin.com
(404) 808-3252

## ENGINEERING

| Multiple Locations in GA | Georgia | Conducted Phase I Environmental Site Assessments including conducting site inspections, researching aerial photos with GADOT, files with the Georgia EPD and national databases; conducted Phase II environmental sampling and contaminate fate and transport modeling; conducted periodic testing groundwater monitor wells and remediation systems |
|---|---|---|
| Multiple Location in SE | Southeast US | Conducted construction materials testing including quality control and strength tests for concrete pours |
| Multiple retail locations in GA and SC | GA and SC | Oversaw installation of monitor wells; conducted environmental sampling; developed hydraulic flow and contaminate fate transport models |
| Municipal Landfills | Fulton, Buford, Bartow Counties, GA | Conducted methane and groundwater sampling and contaminate fate modeling; conducted soil compaction testing including development of Proctor Curves from representative samples |
| Former Service Station | Rockdale County, GA | Oversaw installation of monitor wells; conducted environmental sampling; developed hydraulic flow and contaminate fate transport models |
| 2 Retail Centers and Active Gas Station | Atlanta, GA | Conducted soil and ground water testing and oversaw installation of ground water monitor wells and remediation systems |
| Numerous Residences | Rockdale County, GA | Conducted a water well survey and performed hydraulic testing to establish base recharge rates ahead of blasting by Georgia Department of Transportation (GDOT) for roadway improvements. |
| Superfund Site | Moultrie, GA | Oversaw installation of monitor wells; conducted environmental samples; developed hydraulic flow and contaminate fate transport models |
| Warner Robbins Air Force Base | Warner Robbins, GA | Conducted environmental soil testing adjacent to active US Air Force runways for a planned apron expansion. |
| Retail Center | Ellijay, GA | Assisted with forensic investigation of large retaining wall failure |
| Prospective Development Sites and Infrastructure Projects (incl. Roadways) | various in GA | Conducted geotechnical explorations including logging bore holes, probe/penetrometer testing as well as compaction density and soil Proctor tests |
| High Rise Office Building | Atlanta, GA | Conducted footing inspections with auger and penetrometer; directed necessary undercuts |
| Northside Hospital | Cumming, GA | Conducted geotechnical exploration for a new hospital |

www.brileyfin.com    NASDAQ:RILY

**B | RILEY** *Advisory Services*
a B. Riley Financial company